UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MAGEE GAVIN,<br><br>Defendant | Criminal No. 25cr10292<br><br>Violations:<br><br>Count One: Coercion and Enticement of a Minor<br>(18 U.S.C. § 2422(b))<br><br>Count Two: Receipt of Child Pornography<br>(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))<br><br>Count Three: Possession of Child Pornography<br>(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))<br><br>Coercion and Enticement of a Minor Forfeiture Allegation:<br>(18 U.S.C. § 2428(a))<br><br>Child Pornography Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

## INDICTMENT

### COUNT ONE
Coercion and Enticement of a Minor
(18 U.S.C. § 2242(b))

The Grand Jury charges:

Between on or about January 1, 2024, and on or about November 30, 2024, in the District of Massachusetts, and elsewhere, the defendant,

JOHN MAGEE GAVIN,

herein, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce Minor A (YOB 2008), an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Mass. Gen. Laws chapter 265, section 23A and Mass. Gen. Laws chapter 272, section 29A, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
### Receipt of Child Pornography
### (18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

The Grand Jury further charges:

On or about May 30, 2024, in the District of Massachusetts, and elsewhere, the defendant,

### JOHN MAGEE GAVIN,

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

COUNT THREE
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

The Grand Jury further charges:

On or about February 7, 2025, in the District of Massachusetts, the defendant,

JOHN MAGEE GAVIN,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COERCION AND ENTICEMENT OF A MINOR FORFEITURE ALLEGATION
(18 U.S.C. § 2428(a))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2422(b), set forth in Count One, the defendant,

JOHN MAGEE GAVIN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense, or any property, real or personal, that constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2428(a), as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2428(a).

<u>CHILD PORNOGRAPHY FORFEITURE ALLEGATION</u>
(18 U.S.C. § 2253)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), (b)(1), 2252A(a)(5)(B), and (b)(2), set forth in Counts Two and Three, the defendant,

JOHN MAGEE GAVIN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a. a blue Apple iPhone, serial number 3543468910455213, with black Magbak case, seized on February 7, 2025.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON


_____
LUKE A. GOLDWORM
ASSISTANT UNITED STATES ATTORNEY


District of Massachusetts: JULY 10, 2025
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn 7/10/2025 @ 3:40pm.
_____
DEPUTY CLERK

7