%JS 45  (5/97) - (Revised USAO MA 3/20/2023)

**Criminal Case Cover Sheet**              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Brookline

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Information:**

**Defendant Name** John Magee Gavin    **Juvenile:** ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes   ☑ No

**Alias Name:** N/A

**Address:** 50 Browne Street, Apt. 2, Brookline MA 02445

**Birth date (Yr only):** 1990   **SSN (last 4#):** 3853   **Sex:** M   **Race:** _____   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Luke A. Goldworm    **Bar Number if applicable:** 677657

**Interpreter:** ☐ Yes   ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes   ☐ No

**Matter to be SEALED:** ☐ Yes   ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Norfolk County Correctional Center

**Arrest Date:** February 7, 2025 and June 9, 2025

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Norfolk County Correctional Center   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/10/2025    **Signature of AUSA:** _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John Magee Gavin

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor | 1 |
| Set 2 | 18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1) | Receipt of Child Pornography | 2 |
| Set 3 | 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**