# Exhibit A

# Chats - Minor A

| Timestamp | Sender | Message |
|---|---|---|
| 2024-01-21 01:07:09.664000+00:00 | ▮▮▮ | Ooo science teacher |
| 2024-01-21 01:08:00.713000+00:00 | ▮▮▮ | What kind of science do you teach? |
| 2024-01-21 01:08:35.019000+00:00 | .john90#0 | General science |
| 2024-01-21 01:08:47.319000+00:00 | ▮▮▮ | Oh nice! |
| 2024-01-21 01:09:07.692000+00:00 | .john90#0 | Thx |
| 2024-01-21 01:09:15.060000+00:00 | .john90#0 | Btw I'm 33 I hope that's ok |
| 2024-01-21 01:09:31.029000+00:00 | ▮▮▮ | Oh yeah course |
| 2024-01-21 01:10:13.713000+00:00 | .john90#0 | Hbu |
| 2024-01-21 01:10:16.134000+00:00 | ▮▮▮ | Who all do you teach? |
| 2024-01-21 01:10:20.681000+00:00 | ▮▮▮ | 16 |
| 2024-01-21 01:11:30.058000+00:00 | .john90#0 | Ok |
| 2024-01-21 01:11:43.817000+00:00 | .john90#0 | Do you mean what age? |
| 2024-01-21 01:12:14.781000+00:00 | ▮▮▮ | Or grade |
| 2024-01-21 01:12:21.858000+00:00 | .john90#0 | lol 9th |
| 2024-01-21 01:12:52.461000+00:00 | ▮▮▮ | Ah Coolio |
| 2024-01-21 01:13:23.608000+00:00 | .john90#0 | Hbu what grade are you in |
| 2024-01-21 01:13:31.682000+00:00 | ▮▮▮ | 9th 🌚 |
| 2024-01-21 01:13:50.161000+00:00 | ▮▮▮ | I'm technically 15 but my birthday is coming up in a couple months |
| 2024-01-21 01:14:04.174000+00:00 | .john90#0 | Weird to talk to a guy who could be your teacher? |
| 2024-01-21 01:16:46.487000+00:00 | .john90#0 | Where are you from? |
| 2024-01-21 01:17:46.671000+00:00 | ▮▮▮ | Southern US |
| 2024-01-21 01:17:53.343000+00:00 | ▮▮▮ | currently Texas |
| 2024-01-21 01:24:08.225000+00:00 | .john90#0 | GAVIN Spartan Race Pic.jpg |
| 2024-01-21 01:26:46.767000+00:00 | .john90#0 | And your turn |
| 2024-01-21 02:28:48.258000+00:00 | .john90#0 | Do you play with yourself as well? |
| 2024-01-21 02:29:06.643000+00:00 | ▮▮▮ | Mhm |
| 2024-01-21 02:30:13.587000+00:00 | .john90#0 | Do you enjoy being a naughty little girl? |
| 2024-01-25 23:23:17.420000+00:00 | .john90#0 | Do you think if I was there would we be able to keep our hands off each other? |
| 2024-02-01 21:03:00.908000+00:00 | .john90#0 | Well I'm currently stroking my hard cock imagining what you look like with with nothing on |
| 2024-02-01 21:03:16.523000+00:00 | ▮▮▮ | Wait really?! |
| 2024-02-01 21:03:25.114000+00:00 | .john90#0 | Yes |
| 2024-02-01 21:04:15.139000+00:00 | ▮▮▮ | Mmm |
| 2024-02-01 21:04:16.751000+00:00 | ▮▮▮ | Well |
| 2024-02-01 21:04:19.961000+00:00 | ▮▮▮ | Wanna see?~ |
| 2024-02-01 21:04:41.657000+00:00 | .john90#0 | If your comfortable with that |
| 2024-02-01 21:04:49.600000+00:00 | ▮▮▮ | I'm comfy with it!! |
| 2024-02-01 21:05:48.012000+00:00 | .john90#0 | Ok well obviously I would love to see how your naughty little body looks |
| 2024-02-01 21:06:07.843000+00:00 | ▮▮▮ | CSAM MV Pic 1.jpg<br>CSAM MV Pic 2.jpg<br>CSAM MV Pic 3.jpg |
| 2024-02-01 21:06:30.838000+00:00 | .john90#0 | Wow it is even sexier then I imagined |

| Timestamp | User | Message |
|---|---|---|
| 2024-02-10 03:36:02.034000+00:00 | ▮▮▮ | What do you want |
| 2024-02-10 03:36:04.014000+00:00 | ▮▮▮ | Honestly |
| 2024-02-10 03:36:06.431000+00:00 | ▮▮▮ | If you know |
| 2024-02-10 03:36:08.611000+00:00 | ▮▮▮ | Tell me |
| 2024-02-10 03:36:11.452000+00:00 | .john90#0 | Honestly? |
| 2024-02-10 03:36:16.666000+00:00 | ▮▮▮ | Yeah |
| 2024-02-10 03:36:33.535000+00:00 | .john90#0 | I want to make you cum |
| 2024-02-10 03:36:44.927000+00:00 | ▮▮▮ | I- was not expecting that |
| 2024-02-10 03:36:48.795000+00:00 | .john90#0 | As often as you make me cum |
| 2024-02-10 03:36:57.141000+00:00 | .john90#0 | Which is all the time |
| 2024-02-10 03:37:19.174000+00:00 | ▮▮▮ | Really?! |
| 2024-02-10 03:37:25.748000+00:00 | .john90#0 | Yes |
| 2024-02-10 05:13:13.793000+00:00 | .john90#0 | The idea of seeing you cum or fucking yourself like damn |
| 2024-02-10 05:14:09.575000+00:00 | ▮▮▮ | Hehe |
| 2024-02-10 05:14:55.527000+00:00 | .john90#0 | Or grinding on one of your stuffies until you cum like you said you like to do |
| 2024-02-10 05:15:05.066000+00:00 | ▮▮▮ | Fuckkk yes |
| 2024-02-10 05:15:30.050000+00:00 | .john90#0 | Have you videoed that before? |
| 2024-02-10 05:15:38.362000+00:00 | ▮▮▮ | Not the cumming part |
| 2024-02-10 05:15:48.867000+00:00 | .john90#0 | Why not |
| 2024-02-10 05:16:15.952000+00:00 | ▮▮▮ | That's rare to catch on camera |
| 2024-02-10 05:16:21.386000+00:00 | .john90#0 | Why |
| 2024-02-10 05:16:34.848000+00:00 | ▮▮▮ | Cause I have a hard time cumming as is |
| 2024-02-10 05:17:08.131000+00:00 | .john90#0 | Sounds like my horny little student just needs to try harder |
| 2024-02-10 05:17:33.709000+00:00 | .john90#0 | Or needs daddy to come over and show her how it's done |
| 2024-02-10 05:17:36.917000+00:00 | ▮▮▮ | Maybe I just need someone to help me out~ |
| 2024-02-10 05:17:38.963000+00:00 | ▮▮▮ | Mhm |
| 2024-02-10 05:18:01.834000+00:00 | .john90#0 | Maybe one day |
| 2024-02-10 05:18:02.325000+00:00 | ▮▮▮ | Little one on one lesson time if you will |
| 2024-02-10 05:19:15.152000+00:00 | ▮▮▮ | Fuck yeah I hope so |
| 2024-02-10 05:19:32.651000+00:00 | .john90#0 | Probably would not a little one on one time |
| 2024-02-10 05:19:47.529000+00:00 | ▮▮▮ | ? |
| 2024-02-10 05:20:01.222000+00:00 | .john90#0 | Probably would be a lot of one on one time |
| 2024-02-10 05:20:11.368000+00:00 | ▮▮▮ | Hehe |
| 2024-02-10 05:20:14.385000+00:00 | ▮▮▮ | I would like that |
| 2024-02-10 05:20:47.872000+00:00 | .john90#0 | Enough coaching that you won't ever forget how to make that pussy cum |
| 2024-02-10 05:24:35.783000+00:00 | .john90#0 | And I'm looking forward to the next time you feel like showing off for me |
| 2024-02-10 05:24:41.828000+00:00 | ▮▮▮ | 😶‍🌫️ |
| 2024-02-10 05:25:03.799000+00:00 | ▮▮▮ | Mmm fuck I wanna cuddle fuckedddd |
| 2024-02-10 05:25:40.583000+00:00 | .john90#0 | I'm sure my hard cock would feel so good rubbing up against your bare ass as we cuddled |
| 2024-02-10 05:25:47.499000+00:00 | ▮▮▮ | Mmm fuck yes |
| 2024-02-10 05:26:09.378000+00:00 | .john90#0 | Especially after your tummy is all filled with daddy cum |
| 2024-02-10 05:26:16.478000+00:00 | ▮▮▮ | Hehe |
| 2024-02-10 05:27:26.034000+00:00 | ▮▮▮ | God even just making out sounds great right now |
| 2024-02-10 05:28:12.033000+00:00 | .john90#0 | And I'm sure it would be |
| 2024-02-10 05:28:29.754000+00:00 | ▮▮▮ | Mhmmm |

| | | |
|---|---|---|
| 2024-02-10 05:29:51.746000+00:00 | ▮ | Fuvkkk now I'm all subbyyyyy |
| 2024-02-10 05:30:43.393000+00:00 | .john90#0 | Sry baby girl |
| 2024-02-10 05:31:11.592000+00:00 | | CSAM MV Pic 4.jpg |
| 2024-02-10 05:31:59.409000+00:00 | .john90#0 | Love your tits munchkin almost as much as I would love to see them bouncing up and down as you rode me |
| 2024-02-10 05:32:15.779000+00:00 | ▮ | Fuck |
| 2024-02-10 05:33:43.183000+00:00 | .john90#0 | I bet I would have such a hard time not cumming inside your tight little pussy as soon as I felt it around my hard cock |
| 2024-02-10 05:34:30.146000+00:00 | ▮ | Mmm fuckkkk |
| 2024-02-10 05:34:40.928000+00:00 | ▮ | Having me pulsing around you |
| 2024-02-10 05:35:24.211000+00:00 | .john90#0 | While I bite on your nipples |
| 2024-02-10 05:36:49.267000+00:00 | .john90#0 | And telling you how naughty of a girl you are while pulling on your hair |
| 2024-02-10 05:46:29.037000+00:00 | .john90#0 | Especially the one of you showing off your tight little pussy |
| 2024-02-10 05:46:48.023000+00:00 | ▮ | Hehe |
| 2024-02-10 05:46:55.211000+00:00 | ▮ | Goodnight sexy |
| 2024-02-10 05:47:01.312000+00:00 | ▮ | Don't stay up too late~~ |
| 2024-02-10 05:47:22.216000+00:00 | .john90#0 | If you have any more of those I would love to see them |
| 2024-02-10 05:47:38.266000+00:00 | ▮ | Mmm well I'm sending a lil something |
| 2024-02-10 05:47:44.768000+00:00 | ▮ | Not exactly like that tho |
| 2024-02-10 05:47:49.018000+00:00 | .john90#0 | Lol ok |
| 2024-02-10 05:48:17.115000+00:00 | .john90#0 | Can't wait to see it |
| 2024-02-10 05:49:05.996000+00:00 | ▮ | Wrong one |
| 2024-02-10 05:49:08.024000+00:00 | ▮ | 😭- |
| 2024-02-10 05:49:24.245000+00:00 | .john90#0 | Lol of you sitting in the shower naked? |
| 2024-02-10 05:49:37.691000+00:00 | ▮ | Well there's more than just sitting |
| 2024-02-10 05:49:46.353000+00:00 | .john90#0 | Lol ok |
| 2024-02-10 05:49:53.730000+00:00 | .john90#0 | That's as much as I saw |
| 2024-02-10 05:50:28.646000+00:00 | | CSAM MV Vid 1.MOV |
| 2024-02-10 05:50:57.946000+00:00 | ▮ | Also ignore how I have eyeshadow on one side but washed off the other |
| 2024-02-10 05:51:13.272000+00:00 | .john90#0 | Lol I hardly noticed |
| 2024-02-10 05:51:50.249000+00:00 | | CSAM MV Vid 2.MP4 |
| 2024-02-10 05:51:58.904000+00:00 | ▮ | I goes bed |
| 2024-02-10 05:52:00.791000+00:00 | ▮ | Gud noot |
| 2024-02-10 05:52:29.354000+00:00 | .john90#0 | Night baby girl |
| 2024-03-07 18:37:27.725000+00:00 | .john90#0 | Drip for the day |
| | | GAVIN Bathroom Pic.jpg |
| 2024-03-07 18:37:48.199000+00:00 | ▮ | Niceee |
| 2024-09-27 23:00:30.326000+00:00 | ▮ | Hmmm do you have session? |
| 2024-09-27 23:00:40.794000+00:00 | .john90#0 | What do you wan |
| 2024-09-27 23:00:45.351000+00:00 | .john90#0 | Mean* |
| 2024-09-27 23:01:48.528000+00:00 | ▮ | It's an app that's supposed to route your location through a bunch of nodes blah blah blah I don't know if I believe that part but it's pretty secure and a lot of risky people like me use it |
| 2024-09-27 23:02:07.577000+00:00 | .john90#0 | What for |
| 2024-09-27 23:02:27.006000+00:00 | ▮ | Boy what do you think? |
| 2024-09-27 23:02:32.796000+00:00 | ▮ | 😈 |
| 2024-09-27 23:02:45.039000+00:00 | .john90#0 | Naughty pics? |

| | | |
|---|---|---|
| 2024-09-27 23:03:14.591000+00:00 | | Yessss |
| 2024-09-27 23:04:34.913000+00:00 | .john90#0 | Could you add me to this group |
| 2024-09-27 23:04:50.116000+00:00 | | Group?? |
| 2024-09-27 23:05:09.612000+00:00 | .john90#0 | Like is it a group in the app or just people you meet on here |
| 2024-09-27 23:05:26.366000+00:00 | | Oh you get peoples IDs from all over |
| 2024-09-27 23:05:37.733000+00:00 | .john90#0 | Like where |
| 2024-09-27 23:05:48.914000+00:00 | | Pixiv, discord, forums |
| 2024-09-27 23:06:05.033000+00:00 | | 05c46ce38a7b4d9e088e7656c1ec45dcf7b1ff58da81480b6b087eb840bd13fa2e |
| 2024-09-27 23:06:45.063000+00:00 | | Here's mine if you decide to download it but discord might work again later so your choice<3 |
| 2024-09-27 23:07:23.677000+00:00 | .john90#0 | Added you |
| 2024-09-27 23:09:22.509000+00:00 | | Sent hehe |
| 2024-09-27 23:09:49.195000+00:00 | .john90#0 | You naughty little tease |
| 2024-09-27 23:10:07.173000+00:00 | | Like what you see?~ |
| 2024-09-27 23:10:32.216000+00:00 | .john90#0 | I liked what I saw 9 months ago when we met so fuck yes I do |
| 2024-09-27 23:11:04.780000+00:00 | | Hehe |
| 2024-09-27 23:11:35.436000+00:00 | .john90#0 | Do you like showing off? |

