U.S. v John Gavin
25-CR-10292

Sentencing: 3/12/2026
Statement from Initiating Victim's Father

Your Honor,

I am the father of the initiating victim. Nothing prepares a parent for having to stand before a court and explain how their child was harmed in a way that never should have happened. This statement is not just words on a page—it reflects the reality my child and our family live with every single day.

Since the offense, the initiating victim has not been the same child. I have watched fear replace comfort and anxiety replace peace. Their baseline sense of safety—something every child deserves—has been taken away. Simple, everyday moments that should feel normal now carry an undercurrent of distress. As a parent, it is devastating to see your child struggling with emotions they should never have had to learn how to manage.

What makes this especially painful is knowing where and how this happened. My child was accessed through a digital application(Discord) commonly available on Xbox gaming systems and easily downloaded on any cell phone or electronic device—technology found in thousands of children's bedrooms across this country.Their bedroom, the place where they slept, played, and should have felt completely safe, became the place where that safety was shattered. As a parent, realizing that danger entered my child's life through something so common and trusted is a pain I will carry forever.

Because of what was done to them, the initiating victim has required ongoing mental health counseling since the offense occurred. This was not a choice—it was a necessity. They are working with professionals to cope with fear, anxiety, and trauma that no child should ever have to process. Even with counseling, the effects remain. Healing is slow, uncertain, and ongoing. There is no moment where this simply ends.

I often think of a line from Harry Potter and the Prisoner of Azkaban: "It was as though all the happiness had gone from the world." Although fiction, this sentence captures what I have seen in my child. The lightness, joy, and innocence they once carried were drained away. What remains is caution where there should be trust, and fear where there should be freedom. Watching that change in your child is unbearable.

Crimes against children are among the worst our society confronts because children are defenseless in ways adults are not. They rely on adults to protect them. When that trust is violated, the damage runs deep and lasts long after the crime itself. These offenses do not just harm a child in the moment—they shape how that child sees the world, other people, and even themselves.

What has been most painful for me is knowing that the initiating victim continues to live with the consequences of John Gavin's actions every day. This harm was completely undeserved and entirely preventable. Yet it has altered how my child experiences life. They carry fear into places that should feel safe, hesitation into interactions that should feel normal, and anxiety into moments that should be joyful. These burdens were placed on them by an adult who chose to act without regard for the damage he would cause. As a parent, knowing I cannot take this pain away from my child is one of the hardest realities I will ever face.

Our family has been changed by this. I worry constantly about my child's future—about how long this trauma will follow them and how it may affect them as they grow older. Supporting the initiating victim through counseling, fear, and recovery has placed an emotional weight on our family that never fully lifts. We do our best to move forward, but we do so carrying something that never should have been placed on a child.

I understand that this case has been resolved through a plea agreement that includes a ten-year sentence, and I recognize the Court's role within those limits. But as a parent, I need to say clearly that this resolution does not feel proportionate to what was taken from my child. While the sentence may bring legal closure, it does not bring healing or peace to the initiating victim. They will live with the consequences of John Gavin's actions far longer than ten years—into their future, into their relationships, and into moments of their life that should have been free from fear. The sentence will end, but their trauma will not. My hope is that the sentence is enforced fully and that every possible safeguard is applied, so that no other child has to endure what my child continues to live with every day.

Thank you for allowing me to speak for my child when they cannot fully speak for themselves.

Respectfully submitted,
Father of the Initiating Victim