U.S. v John Gavin
25-CR-10292

**Government's Exhibit 2**

Case 1:25-cr-10292-JEK   Document 28-2   Filed 02/05/26   Page 1 of 1

Sentencing: 3/12/2026
Victim Impact Statment Victim A Mother

To whom it may concern,

Thank you for reading this letter. I just wanted to let you know who the defendants actions have affected my child and household. No parent ever thinks this is going to happen to their child, and we try everything we know to prevent it. However, online predators are always waiting for their opportunity to to take advantage of vulnerable children.  My child and family were extremely affected by the defendant's action.  My child has had to undergo counseling due to the extreme emotional damage. I can only hope that over time, my  can recover. Please consider these things when considering sentences for the defendant. I ask you to consider what harm he has done and is capable of. Thank you again for you time.

Sincerely,

The parent of a victim