Case Name:     U.S. v John Gavin                    Conviction Date:   12/15/2025
Docket#:       25-CR-10292                          Request Date:      02/06/2026
               Lexie (Aster)

# Government's Exhibit 3

### VICTIM IMPACT STATEMENT OF "ASTER"

During the time of my abuse, I had no idea it would follow me around for the rest of my life. I felt a sense of relief when my abuser was arrested. The person who abused me was behind bars. What I didn't realize was that the abuse would continue in different ways, long after the physical abuse had ended.

I didn't understand the toll it would take on my relationships. Yet now, I see it's touched every one of them, not only my mother and brother but my extended family. My mother might feel guilty about not knowing I was abused and stopping it, but she never dealt with those feelings. Instead, she blamed me for it. When I was groomed by my abuser, I was treated better than my brother in different ways, which created discord in our relationship. My brother did not understand that it was out of my control because no one explained this to either of us. I was diagnosed with PTSD, anxiety, and depression. I thought I could put all of this behind me.

I have known that the images of my abuse were distributed on the internet from the time my abuser was arrested. When law enforcement found me, they informed me that they had used new technology to locate me. They found images of my abuse on another person's computer, who had received those images over the internet on the dark web. Law enforcement used the information in the images to locate me. I eventually figured out how the internet works. So, I have always known the images of my abuse were exchanged on the internet.

I worry that these perpetrators will try to contact, stalk, or harm me. I do not know how I would react if they found me. I live in fear that someday one of them might find me. I am considering undergoing firearms training and purchasing a firearm to feel protected. This is a fear that I live with, not a conditional feeling. I am also considering getting a dog for protection. I would like a medium-sized to large dog with some protection training. I always check the locks on my door at night. However, I would feel safer in a home with a high-security system.

I keep a stress ball attached to my purse so when I get anxious, I can use it to calm myself. I use organizing as another stress reliever. I sort cards to calm myself. I use gardening as a way to relieve my stress. I used to enjoy swimming, so I considered using it as a coping mechanism. However, I would not go to the pool alone. I would feel vulnerable being there by myself and I would need someone to go with me.

I am nervous when I am home alone, and especially when I first moved into my new location. My cat is protective of the house, which makes me feel better and helps calm my anxiety. However, I would still like to get a trained dog.

| | |
|---|---|
| Case Name: U.S. v John Gavin | Conviction Date: 12/15/2025 |
| Docket#: 25-CR-10292 | Request Date: 02/06/2026 |
| Lexie (Aster) | |

Knowing the pictures are out there will follow me my whole life until the internet dies has created intimacy issues for me in both relationships and friendships. For example, I do not like being alone in a room with a man, even if it's a man that I know. In one instance, I auditioned alone in a room in front of a man I knew, and I had a panic attack. I become hypervigilant when I'm around strange men. This was a safe adult, who should be a safe adult, but the trail of trust is gone. It takes a long time for me to feel comfortable with anyone in a position of authority, and the power dynamic is always in their favor.

Unfortunately, I need to take additional steps to protect myself online. I am more cautious than my peers when I'm online, and I do not use my real name. When I hear about other CSAM cases, I feel vulnerable, upset, and it affects my mood.

I was aware that my abuser was taking pictures of me during the abuse. He always had his camera. Unfortunately, my fear of cameras has led me to be cautious about letting just anyone take a picture of me. I need to know the person taking the photos, and even knowing them, it still makes me scared. Cameras are everywhere, so I struggle to avoid them. I liked working at my last job because there were no cameras. I am working with my partner to overcome my camera phobia, as it would be nice to join my friends in group photos without feeling anxious.

Not only is taking pictures of me a privacy issue, but I get incredibly anxious if I am being photographed without my consent. For example, my friends are getting married, and I am in the wedding party. I had to ask if I could be photographed or, at the very least, limit it to just the professional photographer. I did not want to have that conversation, but my privacy is essential, and I know people will be sharing wedding photographs online, which makes me anxious.

With the images out there, I do not have a good sense of control in my life. I know law enforcement is working hard to remove them and doing the best they can to provide hope that one day the images will be removed. However, prevention is currently the only way to stop this.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and knowledge:

Dated this __14__ day of August, 2025

